**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 07-1681**

———————————

SELECT FINANCIAL LLC,

                                    Plaintiff - Appellee,

         versus

CHARLES W. PENLAND, Guardian ad Litem Jean
Bradley,

                                    Defendant - Appellant,


         and

JEAN BRADLEY, Guardian ad Litem; PENCO,
INCORPORATED,

                                    Defendants,


         and

PENLAND FINANCIAL SERVICES, INC.,

                        Defendant & Third Party Plaintiff,


         versus

UNITED STATES OF AMERICA,

                                    Third Party Defendant.

Appeal from the United States District Court for the District of South Carolina, at Spartanburg.  G. Ross Anderson, Jr., District Judge.  (7:05-cv-02647-GRA)

Submitted:  January 17, 2008          Decided:  January 22, 2008

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Charles W. Penland, Sr., Appellant Pro Se.  Kenneth C. Anthony, Jr., KNIE, WHITE & ANTHONY, Spartanburg, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles W. Penland appeals the district court's order denying his motion to dismiss. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Penland seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We also deny Penland's motion for an order directing District Court Judge Anderson to recuse himself from further proceedings in this matter and his motion for general relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED